UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM S. ABRAMS, II, and | * | CIVIL ACTION NO. |
| ABRAMS GROUP CONSTRUCTION, LLC | * | |
| | * | |
| versus | * | SECTION:  B |
| | * | |
| INTEGRATED PRO SERVICES, LLC f/k/a | * | |
| PRO TREE SERVICES AND DEMOLITION LLC | * | MAGISTRATE:  1 |
| RYAN L. HESS, JOHN HESS, and GARY L. HESS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ANSWER TO COUNTERCLAIM

**NOW INTO COURT**, through undersigned counsel, come William S. Abrams, II and Abrams Group Construction, LLC (hereinafter referred to as "Abrams"), who in answer to the counterclaim of defendants, Integrated Pro Services, LLC f/k/a Pro Tree Services and Demolition, LLC, Ryan L. Hess, John Hess and Gary Hess, hereby aver as follows:

### AFFIRMATIVE DEFENSES

1. Abrams re-avers each and every allegation contained in the original Complaint.

2. Abrams avers the affirmative defenses of accord and satisfaction and payment.  Any and all amounts which may have been owed by Abrams to the defendants have been paid to the defendants.

3. Abrams avers the affirmative defense of failure of consideration based on the failure of the defendants to fulfill their obligations to Abrams.

4. Abrams avers the affirmative defense of fraud based on the breach of fiduciary duty owed to Abrams and the misuse and/or misappropriation of company funds or assets.

5. Abrams avers that defendants have failed to mitigate their damages, if any.

6. Abrams avers that the counterclaim of defendants fails to state a cause of action against Abrams.

7. Abrams avers that there are no damages owed to defendants and no offset is due.

8. Abrams avers that the defendants are estopped from asserting a counterclaim or asserting breach on the part of Abrams due to defendants' own breach of their obligations to Abrams.

9. Abrams avers that defendants' recovery, if any, is subject to reduction by defendants' comparative fault.

10. Abrams avers the affirmative defense of laches.

11. Abrams denies the affirmative defenses contained in the original Answer of defendants (Document 4).

## ANSWER

Abrams now provides the following in answer to the Rule 13(A) Compulsory Counter Claims of defendants, and aver as follows:

1. The allegations contained in paragraph 1 of the counterclaim are denied.

2. The allegations contained in paragraph 2 of the counterclaim are admitted.

3. The allegations contained in paragraph 3 of the counterclaim are admitted.

4. The allegations contained in paragraph 4 of the counterclaim are admitted.

5. The allegations contained in paragraph 5 of the counterclaim are admitted.

6.     The allegations contained in paragraph 6 of the counterclaim are admitted, but the allegations are specifically denied insofar as they purport to establish any liability whatsoever on the part of Abrams.

7.     The allegations contained in paragraph 7 of the counterclaim are denied.

8.     The allegations contained in paragraph 8 of the counterclaim are denied.

9.     The allegations contained in paragraph 9 of the counterclaim are denied.

10.    The allegations contained in paragraph 10 of the counterclaim are denied.

11.    The allegations contained in paragraph 11 of the counterclaim are denied.

12.    The allegations contained in paragraph 12 of the counter claim are denied.

**WHEREFORE,** William S. Abrams, II and Abrams Group Construction, LLC pray that this answer be deemed good and sufficient and that after due proceedings are had, there be judgment rendered herein in their favor and against Integrated Pro Services LLC f/k/a Pro Tree Services and Demolition, LLC, Ryan L. Hess, John Hess, Gary L. Hess, dismissing their counterclaim with prejudice and at their cost.

Respectfully Submitted,

**BERRIGAN, LITCHFIELD, SCHONEKAS,
  MANN, TRAINA & BOLNER, LLC**

  s/Carey Buckland Daste
**E. JOHN LITCHFIELD, T.A. (#8622)**
**CAREY B. DASTE (#28330)**
201 St. Charles Avenue, Suite 4204
New Orleans, Louisiana  70170
Telephone:  (504)  568-0541
Fax:  (504) 561-8655

jlitchfield@berriganlaw.net
cdaste@berriganlaw.net

and

**ARTHUR J. LENTINI (8520)**
ARTHUR J. LENTINI, APLC
6620 Riverside Drive, Suite 312
Metairie, Louisiana  70003
Telephone:  (504)780-8700
Fax:  (504) 780-8770
artlent@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2008, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Henry S. Provosty and Brian L. Radcliffe , and that the document is available for viewing and downloading from the ECF system.  I further certify that I mailed and/or faxed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:      none      .

 s/Carey Buckland Daste
**CAREY BUCKLAND DASTE**