UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM S. ABRAMS, II, and** | * | **CIVIL ACTION NO.** |
| **ABRAMS GROUP CONSTRUCTION, LLC** | * | **07-CV-08426** |
| | * | |
| **versus** | * | **SECTION:  B** |
| | * | |
| **INTEGRATED PRO SERVICES, LLC f/k/a** | * | |
| **PRO TREE SERVICES AND DEMOLITION LLC** | * | **MAGISTRATE:  1** |
| **RYAN L. HESS, JOHN HESS, and GARY L. HESS** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that plaintiffs, William S. Abrams, II and the Abrams Group Construction, LLC, through undersigned counsel, will take the deposition of defendant, **GARY L. HESS** for all purposes authorized by the Federal Rules of Civil Procedure, upon oral examination before a duly authorized court reporter on**, Friday, December 19, 2008,** beginning at **10:00 a.m.**, at the office of Provosty & Gankendorff, L.L.C, 650 Poydras Street, Suite 2700, New Orleans, Louisiana  70130.  You are hereby invited to attend and cross-examine or take part as you shall see fit and proper.

        Respectfully submitted,

        BERRIGAN LITCHFIELD SCHONEKAS
         MANN TRAINA & BOLNER, LLC

        *s/Carey Buckland Daste*
        **E. JOHN LITCHFIELD, T.A. (8622)**
        **CAREY BUCKLAND DASTE (28330)**
        201 St. Charles Avenue, Suite 4204
        New Orleans, Louisiana  70170
        Telephone:  (504) 568-0541
        Fax:  (504) 561-8655
        jlitchfield@berriganlaw.net
        cdaste@berriganlaw.net

and

**ARTHUR J. LENTINI (8520)**
ARTHUR J. LENTINI, APLC
6620 Riverside Drive, Suite 312
Metairie, Louisiana  70003
Telephone:  (504)780-8700
Fax:  (504) 780-8770
artlent@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2008, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Henry S. Provosty and Brian L. Radcliffe , and that the document is available for viewing and downloading from the ECF system.  I further certify that I mailed and/or faxed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:       none       .

     *s/Carey Buckland Daste*
     **CAREY BUCKLAND DASTE**