**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JANUARY 13, 2010**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILLIAM S. ABRAMS, II** | **CIVIL ACTION** |
| versus | **NO: 07-8426-ILRL-SS** |
| **INTEGRATED PRO SERVICES, LLC, ET AL.** | |

A settlement conference was held this date.

Present:

John Litchfield and Art Lentini, for plaintiff; and Henry Provosty for defendants.

Settlement discussions are ongoing.

                                              _____
                                              **SALLY SHUSHAN**
                                              **United States Magistrate Judge**

```
MJSTAR:01:50
```