UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM S. ABRAMS, II AND** | * | **CIVIL ACTION** |
| **ABRAMS GROUP CONSTRUCTION** | * | |
| | * | |
| **VS.** | * | **NO. 07-8426** |
| | * | |
| **INTEGRATED PRO SERVICES, LLC, ET AL** | * | **SECTION:  B-1** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**NOTICE OF BANKRUPTCY AND AUTOMATIC STAY**</u>

TO THE HONORABLE JUDGES OF THIS COURT:

Defendant, Ryan L. Hess, respectfully submits this Notice of Bankruptcy and Automatic Stay, respectfully submits this Notice of Bankruptcy and Automatic Stay, representing as follows:

1.

On January 6, 2015, Ryan L. Hess filed a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Louisiana.  The matter is pending as Case No. 15-10016, and a copy of the Bankruptcy Petition is attached as Exhibit "A."

2.

The filing of a bankruptcy petition operates as a stay, applicable to all entities of  among other things, (1) "the commencement or continuation…of judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the [bankruptcy], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy]," (2) "the enforcement, against the debtor or against property

of the estate, of a judgment obtained before the commencement of the case under this title," and (3) "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11. U.S.C § 362 (a)(1) – (3).

3.

Therefore, all claims in this matter and all proceedings related thereto should be stayed in accordance with the above provision of 11. U.S.C § 362 until such time as the stay is lifted and/or for good cause shown.

Respectfully submitted:

*/s/ Halima Narcisse Smith*
_____
Halima Narcisse Smith, La. Bar No. 28233
Law Office of Halima Narcisse Smith, LLC
3201 General de Gaulle Drive, Suite 201
New Orleans, Louisiana  70114
Telephone:  (504) 358-2112
Facsimile:  (504) 754-7861
Email:  hsmith@halimasmith.com
**Attorney for Ryan Hess**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by CM/ECF, this 12th day of March, 2015.

*/s/ Halima Narcisse Smith*
Halima Narcisse Smith