B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Louisiana | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Ryan Hess | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Ryan L. Hess |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>XXXXX1940 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>12085 Highway 11<br>Belle Chasse, LA 70037 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Plaquemines<br>ZIP CODE  70037 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Contractor and Businessman |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

EXHIBIT A

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Ryan Hess

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x /s/ Charles W. [Jamy] Corporate Credit Mgr<br>Signature of Petitioner or Representative (State title)<br>Wholesale Electric Supply of Houston   12-22-14<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>4040 Gulf Freeway<br>Houston Texas, 77004 | x s/Seth J. Smiley<br>Signature of Attorney                        Date<br>Wolfe Law Group, LLC<br>Name of Attorney Firm (If any)<br>4821 Prytania Street New Orleans LA 70115<br>Address<br>(504) 894-9653<br>Telephone No. |
| x /s/ Malcolm [Rou]<br>Signature of Petitioner or Representative (State title)<br>Bottom Line Equipment, LLC   12/18/14<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>10260 Airline Hwy<br>St. Rose, LA 70087 | x s/ Seth Smiley<br>Signature of Attorney                        Date<br>Wolfe Law Group, LLC<br>Name of Attorney Firm (If any)<br>4821 Prytania Street, New Orleans, LA 70115<br>Address<br>(504) 894-9653<br>Telephone No. |
| x /s/ Keith [Kuen]   MANAGER<br>Signature of Petitioner or Representative (State title)<br>K&K Marine, LLC   12/16/2014<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>166 Bayou Boeuf Road<br>Morgan City, LA 70980 | x s/Nicholas Zeringue /s/ Nicholas Zeringue 12/16/2014<br>Signature of Attorney                        Date<br>Zeringue Law Group<br>Name of Attorney Firm (If any)<br>Post Office Box 759 Thibodaux, LA 70302<br>Address<br>(985) 447-7540<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wholesale Electric Supply of Houston | unsecured portion | 321,395.90 |
| Bottom Line Equipment | unsecured portion | 6,547.95 |
| K&K Marine, LLC | unsecured | 17,319.50 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims   345,263.35

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Ryan Hess_____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ AVP
Signature of Petitioner or Representative (State title)
Bank of the West
Name of Petitioner     Date Signed 12/18/14

Name & Mailing Address of Individual Signing in Representative Capacity:
2527 Camino Ramon
San Ramon, CA 94583
April Curtis
Asst. V.P.

x s/Karen E. Trevathan   12/19/14
Signature of Attorney   Date
8235 YMCA Plaza Suite 400
Name of Attorney Firm (If any)
Baton Rouge, LA 70810
Address
(225) 334-9222
Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney   Date

Name of Attorney Firm (If any)

Address

Telephone No.

x_____
Signature of Petitioner or Representative (State title)

Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____
Signature of Attorney   Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Bank of the West | | 61,519.24 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| | Total Amount of Petitioners' Claims | 61,519.24 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

___1___ continuation sheets attached