UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM S. ABRAMS, II, and** * | **CIVIL ACTION NO. 07-8426** |
| **ABRAMS GROUP CONSTRUCTION, LLC** * | |
| * | |
| **versus** * | **SECTION:  B** |
| * | |
| **INTEGRATED PRO SERVICES, LLC f/k/a** * | |
| **PRO TREE SERVICES AND DEMOLITION LLC** * | **MAGISTRATE:  1** |
| **RYAN L. HESS, JOHN HESS, and GARY L. HESS** * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Plaintiffs, William S. Abrams, II and Abrams Group Construction, LLC , by and through undersigned counsel, hereby give notice, pursuant to Local Rule 7.2, that their Motion to Sever Claims Against Ryan L. Hess Pursuant to Fed. R. Civ. P. 42(b) will be submitted before the Honorable Ivan L.R. Lemelle on the 4th day of November, 2015 at 9:00 a.m.

Respectfully Submitted,

**BERRIGAN, LITCHFIELD, LLC**

 */s/Michael J. Marsiglia*
**E. JOHN LITCHFIELD, T.A. (#8622)**
**CAREY B. DASTE (#28330)**
**MICHAEL J. MARSIGLIA (#30271)**
201 St. Charles Avenue, Suite 4204
New Orleans, Louisiana  70170
Telephone:  (504)  568-0541

1

Fax:  (504) 561-8655
jlitchfield@berriganlaw.net
cdaste@berriganlaw.net
Mmarsiglia@berriganlaw.net

and

**ARTHUR J. LENTINI (8520)**
ARTHUR J. LENTINI, APLC
6620 Riverside Drive, Suite 312
Metairie, Louisiana  70003
Telephone:  (504)780-8700
Fax:  (504) 780-8770
artlent@hotmail.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 20th day of October, 2015, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all listed counsel of record, and that the document is available for viewing and downloading from the ECF system.

 /s/Michael J. Marsiglia
**MICHAEL J. MARSIGLIA**