UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM S. ABRAMS, II<br>ABRAMS GROUP CONSTRUCTION, LLC<br><br>v.<br><br>INTEGRATED PRO SERVICES, LLC,<br>f/k/a PRO TREE SERVICES AND<br>DEMOLITION, LLC, RYAN L. HESS, JOHN<br>HESS AND GARY L. HESS | *   C.A. NO. 07-8426<br>*<br>*   No. 07-8426<br>*<br>*   SECTION "B" (1) |

### INTEGRATED PRO SERVICES, LLC'S MEMORANDUM
### PURSUANT TO SEPTEMBER 14, 2015 COURT ORDER

Defendant, Integrated Pro Services, LLC ("IPS"), respectfully submits this memorandum in accordance with the Court's September 14, 2015 Order (Rec. Doc 114). Specifically, the Court requested that "the Parties to this action" brief "[w]hether severance, pursuant to Fed. R. Civ. P. 42(b), is appropriate in this matter as applied to the claims asserted against defendant and bankruptcy debtor, Ryan L. Hess, and his interest in Integrated Pro Services, LLC." For the reasons set forth in Gary Hess's Motion to Decline Severance of Claims and accompanying Memorandum in Support (Rec. Doc. 116), severance is not appropriate.

IPS adopts and incorporates herein by reference the authorities and arguments advanced by Gary Hess in his Motion to Decline Severance of Claims and accompanying Memorandum in Support. For the reasons and arguments set forth therein, IPS respectfully submits that severance is improper.

{N3114046.1}

Respectfully submitted,

*/s/ L. Etienne Balart*
L. ETIENNE BALART (# 24951)
LAUREN C. MASTIO (# 33077)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:  504-582-8584
Facsimile:  504-589-8584
ebalart@joneswalker.com
lmastio@joneswalker.com
*Attorneys for Defendant,*
*Integrated Pro Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on counsel for all parties to the captioned matter by electronic filing and/or email and/or placing a copy thereof in the United States Mail, postage pre-paid, this 20th day of October, 2015.

*/s/ L. Etienne Balart*